

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable T. M. Trimble
First Assistant
State Superintendent of Public Instruction
Austin, Texas

Dear Sir:

Opinion No. O-6407
Re: Did Senate Bill No. 227,
Thirty-ninth Legislature,
actually in fact repeal
the exemption clause of,
House Bill No. 585, Thirty-
second Legislature? (Creat-
ing an Independent School
District)

We are in receipt of your letter of recent date, read-
ing as follows:

"We would like to call your attention to H.
B. No. 585, Acts of the 32nd Legislature, 1911,
creating the Briggs Independent School District in
Burnet County, as well as to S. B. No. 227, Acts of
the 39th Legislature, 1925, which undertook to repeal
a portion of H. B. No. 585 with reference to exemp-
tion from county supervision.

"The Constitution, Article 3, Section 57, re-
ferring to local bills, provides that no local bill
with certain exceptions may be introduced without
having first been published for thirty days, and that
such publication must accompany the local bill in the
Legislature.

"Please advise us whether or not S. B. No. 227,
Acts of the 39th Legislature, 1925, actually in fact
repealed the exemption clause of H. B. No. 585, Acts
of the 32nd Legislature, 1911."

In the year 1925, Section 3 of Article 7 authorized the Legislature to create school districts by special law, without the notice required by Article 3, Section 56. See Powell v. Charco Independent School District, 203, S. W. 1178. Section 3 of Article 7 was amended at the November election 1926, since which time the Legislature may create school districts by general laws only.

You are advised, therefore, that Senate Bill No. 227, Acts of the 39th Legislature, which was passed prior to the 1926 amendment is constitutional and repealed the exemption clause of House Bill 565, Acts of the 32nd Legislature, 1911.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

C. F. Gibson
Assistant

CFG:EP

